

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2019

No. 04-19-00049-CV

**IN THE INTEREST OF J.R.L. AND V.R.L.**, Minor Children,

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2016CVG000221-C1
Honorable Hugo Martinez, Judge Presiding

## O R D E R

Appellant's emergency motion for an extension of time to file her brief is GRANTED. Appellant's brief is due on or before December 6, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court